EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2011 TSPR 17 |
| | |
| | 180 DPR ____ |
| Sara E. Saldaña López | |

Número del Caso: TS-10,802

Fecha: 7 de febrero de 2011

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re* Sara E. Saldaña López               TS-10,802

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de febrero de 2011

La peticionaria fue admitida al ejercicio de la abogacía y la notaría en enero de 1994. El 17 de junio de 1999, cesó voluntariamente el ejercicio de la práctica notarial, y el 30 de enero de 2003 nos solicitó autorizáramos su baja voluntaria al ejercicio de la abogacía. Ello fue concedido por este Tribunal el pasado 31 de marzo de 2003, tras verificar que no existían quejas pendientes contra la peticionaria, ni había objeción por parte de la Comisión de Ética del Colegio de Abogados, la Fiscalía del Estado Libre Asociado, la Oficina del Procurador General ni la Fiscalía Federal.

Examinada la *Moción Solicitando Reinstalación* presentada por la parte peticionaria en el caso de epígrafe, y visto su historial, se ordena la readmisión de la peticionaria al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo